IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHAD R. DITTOE,

    Plaintiff,

v.

NANCY A. BERRYHILL,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

Case No.: 2:18-cv-202
JUDGE GEORGE C. SMITH
Magistrate Judge Vascura

## ORDER

This matter is before the Court on the Joint Stipulation for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 18). Pursuant to that Joint Stipulation, Plaintiff is hereby awarded $4,502.00 in full satisfaction and settlement of any and all claims for attorney fees, expenses, and costs that Plaintiff may have under the Equal Access to Justice Act, 28 U.S.C. §2412.

Any fees paid belong to Plaintiff and can be offset to satisfy pre-existing debt that Plaintiff owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010). If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

    IT IS SO ORDERED.

*/s/ George C. Smith*
GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT